**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eric TUCKER, Defendant–Appellant.**

**No. 05–60188.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 23, 2006.

William Chadwick Lamar, Assistant U.S. Attorney, Oxford, MS, for Plaintiff–Appellee.

Kenneth Harold Coghlan, Rayburn Law Firm, Oxford, MS, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Eric Tucker pleaded guilty to accessory after the fact of armed robbery and was sentenced to serve 46 months in prison and a three-year term of supervised release. Tucker now appeals his sentence. He contends that the district court misapplied the Sentencing Guidelines and that his sentence is contrary to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

L.Ed.2d 621 (2005). These arguments are unavailing. *See United States v. Alonzo,* 435 F.3d 551 (5th Cir.2006); *United States v. Mares,* 402 F.3d 511, 520 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005); *United States v. Burton,* 126 F.3d 666, 669, 679 (5th Cir.1997); *United States v. Harris,* 104 F.3d 1465, 1474–75 (5th Cir.1997). The judgment of the district court is AFFIRMED.